THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. HENRY BROWN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 23, 1922; decided November 28, 1922.)

APPEAL from a judgment of the Bronx County Court, rendered December 6, 1921, upon a verdict convicting defendant of the crime of murder in the first degree.

*Richard F. McKiniry* and *Charles B. McLaughlin* for appellant.

*Edward J. Glennon, District Attorney (Albert Cohn* and *William F. Quigley* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.